Resolution No. 11 – 2004

WHEREAS, the 62nd Annual Louisiana State Conference of the National Association for the Advancement of Colored People (NAACP) names Tangipahoa Parish/Hammond Branch (#6058) secretary Rev. Dr. Johnny Duncan as recipient of its highest civil rights award; and,

WHEREAS, the Louisiana State Conference of the NAACP chose Duncan of the Town of Amite to receive its prestigious 2004 A.P. Toureaud Black Citizenship Award; and,

WHEREAS, this award is given to one person who has made outstanding contributions in the area of civil rights, human rights, the arts, and education within Louisiana; and,

WHEREAS, the Louisiana State Conference of the NAACP will officially present the coveted award in January 2005 to Duncan who qualified for it by being the leader of the desegregation of Amite in 1971, the founding president of the Amite Branch of the NAACP in 1972, president of the black student body Harambee at Louisiana State University in 1972-1974, leader of the movement to create a Black Studies Curriculum and hire African American faculty members at LSU, and the only member of the LSU ROTC Company D-6 to ever win the Southern Invitational Drill Meet individual fancy drill competition; and,

WHEREAS, Duncan was the only African American member of the LSU National Champion Rugby Football Team in 1973, one of the first African American graduate assistants in history at LSU, coach of the 1st African American woman, Debra Hunter, to win the Alabama State Collegiate Tennis Championship in 1976, creator of the Black History Calendar, originator of the term African American to describe blacks in the U.S. in 1987, chairman of the Stillman College History & Political Science Department, professor of Chinese-Russian-African-European-African American-Latin American and World History at Stillman College and Alabama State University, Emergency School Assistance Act teacher for Greene County, Alabama, field worker for Southern Christian Leadership Conference and the Voters Education Project of Atlanta, one of 125 in the U.S. Army's inaugural Yorktown Cohort Program in 1981 at Ft. Benning, Georgia, singles and doubles men's tennis champion in 1982, professor of English at the City College of Chicago in Wiesbaden, FRG, human rights crusader against Apartheid, political activist, author and holder of a Bachelor of Arts, Masters of Arts, Ph.D (ABD – LSU), Doctors of Divinity and Ph.D., and in proper person litigant in discrimination, copyright and environmental lawsuits against the Colorado State Department of Corrections, NIKE, Inc., Illinois Central Railroad/Canadian National, Louisiana State Police, Louisiana Department of Environmental Quality, United States Army and the Secretary of Defense, and the equal opportunity officer for 1190th DSB in Baton Rouge; and,

THEREFORE, BE IT RESOLVED that the Mayor and City Council for the Town of Amite City recognize and honor Johnny Duncan as a true African American hero and citizen who truly loves his community.

On a motion by Mr. Bel, seconded by Mr. Adams, and approved by a majority of the City Council for the Town of Amite City, Resolution No. 11 – 2004 was hereby adopted on this 9th day of November 2004.

Attest:

R. E. Goldsby, M.D.
Mayor

Mary Lou Lee
City Clerk

Exhibit #1