UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY DUNCAN | CIVIL ACTION |
| VERSUS | NUMBER: 15-5486 |
| STATE OF LOUISIANA, ET AL | SECTION: B (1) |

### ORDER

Considering the application and affidavit to proceed in forma pauperis,

    IT IS ORDERED that:
- ☑ the motion is GRANTED; the party is entitled to proceed in forma pauperis.
- ☐ the Clerk is directed to withhold issuance of summons until further order of the Court.
- ☐ the motion is MOOT; the party was previously granted pauper status.
- ☐ the motion is DENIED; the party has sufficient funds to pay the filing fee.
- ☐ the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons:

New Orleans, Louisiana, this 29th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE