# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNY DUNCAN** | **CIVIL ACTION NO. 15-5486** |
| **Plaintiff** | **SECTION: "B"** |
| **VERSUS** | **JUDGE: IVAN L.R. LEMELLE** |
| **STATE OF LOUISIANA, LOUISIANA SECRETARY OF STATE OFFICE, SECRETARY OF STATE TOM SCHEDLER, TANGIPAHOA PARISH COUNSEL, TANGIPAHOA PARISH CLERK OF COURT OFFICE, CLERK JULIAN DUFRECHE, TANGIPAHOA PARISH REGISTRAR OF VOTERS OFFICE, AND TANGIPAHOA PARISH REGISTRAR OF VOTERS JOHN RUSSELL** | **MAG.: SALLY SHUSHAN** <br><br> **TRIAL BY JURY DEMANDED** |
| **Defendants** | |

## EX-PARTE MOTION FOR EXTENSION OF TIME TO PLEAD

Defendants, Louisiana Secretary of State Office and Secretary of State Tom Schedler (collectively referred to as the "*Secretary of State*") move this court for a 21 day extension of time within which to file responsive pleadings in this matter. The Secretary of State's responsive pleadings would otherwise be due on December 14, 2015. The Secretary of State certifies in accordance with LR 7.8 that there has been no previous extension of time to plead obtained by the Secretary of State and opposing party has not filed in the record an objection to the extension of time.

*Signature on next page.*

1

        Respectfully Submitted:

        **SHOWS, CALI & WALSH, L.L.P.**

        */s/ Grant J. Guillot*
E. Wade Shows, La. Bar Roll No. 7637
John C. Walsh, La. Bar Roll No. 24903
Grant J. Guillot, La. Bar Roll No. 32484
Kathryn A. Dufrene, La. Bar Roll No. 35759
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467

*Attorneys for Defendants, Louisiana Secretary of State Office and Secretaryof State Tom Schedler*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was electronically filed with the Clerk of Court by using the CM/ECF system. A Notice of this electronic filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service and will be sent to Johnny Duncan, *pro se,* via United States mail, properly addressed and stamped. This document is available for viewing and downloading from the Court's ECF system.

Baton Rouge, Louisiana this 10th day of December, 2015.

        */s/ Grant J. Guillot*
        Grant J. Guillot