UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNNY DUNCAN                                    NO. 15-5486

VERSUS                                           SECTION: B – LEMELLE

STATE OF LOUISIANA, *et al.*                     MAG. JUDGE: 1 – SHUSHAN

*************************************************************************

### Notice of Submission

The Motion to Dismiss filed by defendants Tangipahoa Parish Registrar of Voters Office or the Tangipahoa Parish Registrar of Voters will be deemed submitted for decision on the **3**$^{rd}$ day of **February**, 2016, **at 9:00a.m.**

Respectfully submitted this 24th day of December, 2015.

JAMES "BUDDY" D. CALDWELL
ATTORNEY GENERAL

BY: _____
WILLIAM P. BRYAN
ASSISTANT ATTORNEY GENERAL
DEPARTMENT OF JUSTICE CIVIL DIVISION
1885 North Third Street, 6th Floor
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone No. 225-326-6029
Facsimile No. 225-326-6099
E-Mail Address:bryanb@ag.state.la.us
*Attorney for defendants, Tangipahoa Parish Registrar of Voters and Registrar of Voters John Russell*