## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNY DUNCAN**<br>    **Plaintiff** | **CIVIL ACTION NO. 15-5486** |
| **VERSUS** | **SECTION: "B"** |
| **STATE OF LOUISIANA, LOUISIANA SECRETARY OF STATE OFFICE, SECRETARY OF STATE TOM SCHEDLER, TANGIPAHOA PARISH COUNSEL, TANGIPAHOA PARISH CLERK OF COURT OFFICE, CLERK JULIAN DUFRECHE, TANGIPAHOA PARISH REGISTRAR OF VOTERS OFFICE, AND TANGIPAHOA PARISH REGISTRAR OF VOTERS JOHN RUSSELL**<br>    **Defendants** | **JUDGE: IVAN L.R. LEMELLE**<br><br>**MAG.: SALLY SHUSHAN**<br><br>**TRIAL BY JURY DEMANDED** |

## NOTICE OF SUBMISSION

The Motion to Dismiss filed by defendants, Tangipahoa Parish Clerk of Court Office and Tangipahoa Parish Clerk of Court, Julian Dufreche, individually and in his official capacity, will be deemed submitted for decision on the **3rd** day of **February, 2016 at 9:00 a.m.**

    Respectfully submitted,

    **HUVAL VEAZEY FELDER & RENEGAR, LLC**

          */S/ THOMAS H. HUVAL*
    **THOMAS H. HUVAL (#21725)**
    Stefini W. Salles (#25857)
    532 East Boston Street
    Covington, Louisiana 70433
    Telephone:   (985) 809-3800
    Facsimile:   (985) 809-3801
    Email:        thuval@hvfr-law.com

    **Attorneys for Tangipahoa Parish Clerk of the Court Office and Tangipahoa Parish Clerk of Court, Julian Dufreche**