**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JOHNNY DUNCAN | CIVIL ACTION NO. 15-5486 |
| **Plaintiff** | SECTION: "B" |
| **VERSUS** | JUDGE: IVAN L.R. LEMELLE |
| STATE OF LOUISIANA, LOUISIANA SECRETARY OF STATE OFFICE, SECRETARY OF STATE TOM SCHEDLER, TANGIPAHOA PARISH COUNSEL, TANGIPAHOA PARISH CLERK OF COURT OFFICE, CLERK JULIAN DUFRECHE, TANGIPAHOA PARISH REGISTRAR OF VOTERS OFFICE, AND TANGIPAHOA PARISH REGISTRAR OF VOTERS JOHN RUSSELL | MAG.: SALLY SHUSHAN TRIAL BY JURY DEMANDED |
| **Defendants** | |

## MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1)

**NOW INTO COURT,** through undersigned counsel, come Defendants, Louisiana Secretary of State Office and Secretary of State Tom Schedler, in his official capacity (collectively, the "*Secretary of State*"), who file this Motion to Dismiss the claims asserted against them by Plaintiff, Johnny Duncan, on the grounds that, pursuant to Fed. R. Civ. P. 12(b)(1), this court lacks subject matter jurisdiction over Plaintiff's claims against Defendants.

WHEREFORE, as more thoroughly set forth in the attached Memorandum, the Secretary of State prays that their Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) be granted and that this court dismiss all of Plaintiff's claims against the Secretary of State with prejudice at Plaintiff's cost.

*Signature on next page.*

1

Respectfully Submitted:

**SHOWS, CALI & WALSH, L.L.P.**

 */s/ Grant J. Guillot*
E. Wade Shows, La. Bar Roll No. 7637
John C. Walsh, La. Bar Roll No. 24903
Grant J. Guillot, La. Bar Roll No. 32484
Kathryn A. Dufrene, La. Bar Roll No. 35759
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467

*Attorneys for Defendants, Louisiana Secretary of State Office and Secretaryof State Tom Schedler*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4ᵗʰ day of January, 2016, a copy of the foregoing has this date been served upon all parties through their respective counsel of record by operation of the Court's electronic filing system and has been filed electronically with the Clerk of Court using the CM/ECF system. A copy of the foregoing has been mailed to the following:

Johnny Duncan
P.O. Box 723
Amite, LA 70422

 *s/ Grant J. Guillot*
GRANT J. GUILLOT

2