UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNY DUNCAN** | **CIVIL ACTION NO. 15-5486** |
| **Plaintiff** | **SECTION: "B"** |
| **VERSUS** | **JUDGE: IVAN L.R. LEMELLE** |
| **STATE OF LOUISIANA, LOUISIANA SECRETARY OF STATE OFFICE, SECRETARY OF STATE TOM SCHEDLER, TANGIPAHOA PARISH COUNSEL, TANGIPAHOA PARISH CLERK OF COURT OFFICE, CLERK JULIAN DUFRECHE, TANGIPAHOA PARISH REGISTRAR OF VOTERS OFFICE, AND TANGIPAHOA PARISH REGISTRAR OF VOTERS JOHN RUSSELL** | **MAG.: SALLY SHUSHAN** <br><br> **TRIAL BY JURY DEMANDED** |
| **Defendants** | |

## ORDER

**CONSIDERING** the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) filed by Defendants, Louisiana Secretary of State Office and Secretary of State Tom Schedler, in his official capacity (collectively, the "*Secretary of State*"),

**IT IS ORDERED** that the Secretary of State's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) is GRANTED;

**IT IS FURTHER ORDERED** that all claims be dismissed against the Secretary of State with prejudice at Plaintiff's cost.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
HONORABLE JUDGE IVAN L.R. LEMELLE
UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

1