UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNY DUCAN** | **CIVIL ACTION NO. 15-5486** |
| **Plaintiff** | **SECTION: "B"** |
| **VERSUS** | **JUDGE: IVAN L.R. LEMELLE** |
| **STATE OF LOUISIANA, LOUISIANA SECRETARY OF STATE OFFICE, SECRETARY OF STATE TOM SCHEDLER, TANGIPAHOA PARISH COUNSEL, TANGIPAHOA PARISH CLERK OF COURT OFFICE, CLERK JULIAN DUFRECHE, TANGIPAHOA PARISH REGISTRAR OF VOTERS OFFICE, AND TANGIPAHOA PARISH REGISTRAR OF VOTERS JOHN RUSSELL** | **MAG.: SALLY SHUSHAN** <br><br> **TRIAL BY JURY DEMANDED** |
| **Defendants** | |

## MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)

**NOW INTO COURT,** through undersigned counsel, come Defendant, the State of Louisiana (the "*State*"), who files this Motion to Dismiss the claims asserted against it by Plaintiff, Johnny Duncan, on the grounds that, pursuant to Fed. R. Civ. P. 12(b)(1), this court lacks subject matter jurisdiction over Plaintiff's Section 1983 claims against the State and, pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiff has failed to state a cause of action against the State upon which relief can be granted.

WHEREFORE, as more thoroughly set forth in the attached Memorandum, the State prays that its Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) be granted and that this court dismiss all of Plaintiff's claims against the State with prejudice at Plaintiff's cost.

*Signature on next page.*

1

Respectfully Submitted:

**SHOWS, CALI & WALSH, L.L.P.**

*/s/ Grant J. Guillot*
E. Wade Shows, La. Bar Roll No. 7637
John C. Walsh, La. Bar Roll No. 24903
Grant J. Guillot, La. Bar Roll No. 32484
Kathryn A. Dufrene, La. Bar Roll No. 35759
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467

*Attorneys for Defendant, State of Louisiana*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of January, 2016, a copy of the foregoing has this date been served upon all parties through their respective counsel of record by operation of the Court's electronic filing system and has been filed electronically with the Clerk of Court using the CM/ECF system. A copy of the foregoing has been mailed to the following:

Johnny Duncan
P.O. Box 723
Amite, LA 70422

*s/ Grant J. Guillot*
GRANT J. GUILLOT