IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

TENDERED FOR FILING

JOHNNY DUNCAN

JAN 2 1 2016

VERSUS

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

STATE OF LOUISIANA, *ET AL*

CIVIL ACTION NO. 15-5486

SECTION: "B"

JUDGE IVAN LEMELLE

MAG.; SALLY SHUSHAN

TRIAL BY JURY DEMANDED

---

## ORDER

---

Having considered Plaintiff's Motion Objections to Defendants' 12(b)(1) and 12(b)(6) Motions to Dismiss, Defendants' Motions to Dismiss are denied.

Done this the _____ Day of _____, 2016 at New Orleans.


_____
HONORABLE IVAN LEMELLE
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA