```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**JOHNNY DUNCAN**                                                      **CIVIL ACTION**

**VERSUS**                                                             **NO. 15-5486**

**LOUISIANA STATE, ET AL.**                                            **SECTION "B"(1)**

<u>**ORDER**</u>

Considering the plaintiff's Amended Complaint (Rec. Doc. 50) and the renewed motions to dismiss filed by the Louisiana Secretary of State, Louisiana State, and Tom Schedler (Rec. Docs. 52, 53),

**IT IS ORDERED** that the motions to dismiss previously filed by the Louisiana Secretary of State, Louisiana State, and Tom Schedler (Rec. Docs. 30, 32, and 34) are hereby **DISMISSED AS MOOT** as the arguments contained therein have been incorporated by reference into the renewed motions, which also address the amended complaint. If any, plaintiff's oppositions to the renewed motions (Rec. Docs. 52, 53) must be filed by **March 1, 2016**, in accordance with Local Rule 7.5.

**IT IS FURTHER ORDERED** that the submission dates on the other pending motions to dismiss filed by Julian Dufreche, the Tangipahoa Parish Clerk of Court Office, John Russell, and the Tangipahoa Parish Registrar of Voters Office, and Tangipahoa Parish (Rec. Docs. 27, 28, 29, and 54) are hereby continued to **March 9, 2016.** Those defendants have until **February 23, 2016** to file supplemental memoranda to their pending motions, if necessary, addressing

plaintiff's amended complaint. If any, Plaintiff's oppositions in response to those supplemental memoranda and/or motions to dismiss must be filed by **March 1, 2016,** in accordance with Local Rule 7.5.[1]

New Orleans, Louisiana, this 10th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Defendants are also reminded that it is inappropriate to inundate the Court with a string of motions when one motion covering multiple grounds will suffice.