IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JOHNNY DUNCAN                      CIVIL ACTION NO. 15-5486

VERSUS                             SECTION: "B"; MAGISTRATE "1"

STATE OF LOUISIANA *ET AL*           JURY DEMANDED

---

**Plaintiff's Opposition to Defendants Louisiana Secretary of State Tom Schedler and Louisiana Secretary of State Office's Motion to Dismiss**

---

Comes now into Court dark-skin African American male to opposed Defendant Tangipahoa Parish Motion to Dismiss on the following basis:

1.

Defendants Secretary of State Tome Schedler and Louisiana Secretary of State Office have apparently, according to the Court's Order of February 10, 2016, have filed a renew motion to dismiss;

2.

Defendants did not provide plaintiff with a copy of their renewed motion to dismiss;

TENDERED FOR FILING

MAR 2 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

3.

Because Defendants failed to provide plaintiff with a time copy of their renewed motion to dismiss, plaintiff adopts by reference the relevant arguments and defensed offered to defendants' previous motion to dismiss;

4.

The law was *"clearly established"* and *"well-settled"* that plaintiff had the right to vote on October 24, 2015, and that defendants and/or their agents and employee Voting Commissioner Patricia Hughes Sims know or should have known the she could not deny plaintiff the right to vote;

5.

Defendants Secretary of State Tom Schedler, Louisiana Secretary of State Office, Tangipahoa Parish Clerk of Court Julian DuFreche, Tangipahoa Parish Clerk of Court Office, Tangipahoa Parish Registrar of Voters John Russell and Tangipahoa Parish Registrar of Voters Office did participate in at least one session with each other and with Voting Commissioner Patricia Hughes-Sims regarding the duties of a voting commissioner, which did not prevent her from denying plaintiff the right to vote on October 24, 2015;

6.

The law was *"clearly established"* and *"well-settled"* that plaintiff had the right to vote on October 24, 2015, and that defendants. Defendants and/or their agents/employees did nothing to prevent Voting Commissioner Patricia Hughes-Sims from deny plaintiff the right to vote on October 24, 2015.

7.

Voting Commissioner Patricia Hughes-Sims, while employed by defendants and being supervised by defendant Clerk of Court Julian DuFreche, denied plaintiff the right to vote on October 24, 2015. She and not plaintiff must state the reason why.

For the foregoing reasons, Plaintiff prays that the Court deny Defendants Renew Motion to Dismiss, as a matter of law.

Done this the 29th Day of February 2016 at Amite, Louisiana.

RESPECTFULLY,

Johnny Duncan
Plaintiff, *In Proper Person*
309 South Third Street
Post Office Box 723
Amite, Louisiana 70422

## CERTIFICATE OF SERVICE

This is to certify that on this the 29th Day of February 2016, a true and correct copy of the foregoing PLAINTIFF'S OPPOSITION TO DEFENDANTS SECRETARY OF STATE TOM SCHEDLER AND LOUISIANA SECRETARY OF STATE OFFICE were placed in the United States Mail and forwarded to Defendant through counsel at the following address:

Grant Guillot/Wade Shows
628 Saint Louis Street
Baton Rouge, Louisiana 70802

Douglas Swenson/William Bryan, III
Assistant Attorney General
1885 North Third Street, 4th Floor
Baton Rouge, Louisiana 70804-9005

_____
Johnny Duncan



Johnny Duncan
P.O. Box 773
Amite, LA 70422

Clerk of Court EDLA
U.S. Court House
500 Poydras St., Rm C-151
New Orleans, LA 70130

CERTIFIED MAIL
7015 0640 0002 5151 3321

U.S. POSTAGE PAID
AMITE, LA
70422
FEB 29, 16
AMOUNT
$7.89
R2305H127624-5