UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNY DUNCAN** | **CIVIL ACTION NO. 15-05486-ILRL-SS** |
| **VERSUS** | **SECTION B (1)** |
| **STATE OF LOUISIANA, ET. AL.** | **JUDGE IVAN L.R. LEMELLE** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBMISSION

TO:   Johnny Duncan
      P.O. Box 723
      Amite, LA 70422

      Johnny Duncan
      309 South Third St.
      Amite, LA 70422

PLEASE TAKE NOTICE that the undersigned will bring the foregoing **Motion to Dismiss** filed by the Tangipahoa Parish Board of Election Supervisors and Patricia Hughes, in her capacity as Commissioner for the Tangipahoa Parish Board of Election Supervisors, before the Honorable Judge Ivan L.R. Lemelle, United States District Judge, Eastern District of Louisiana, on the 25th day of May at 9:00 a.m. Pursuant to Local Rule 78.1E, this motion shall be determined without oral argument unless any party desiring oral argument files separate written request for oral argument or the court orders oral argument.

RESPECTFULLY SUBMITTED,

**JEFF LANDRY**
ATTORNEY GENERAL

/s/ Angelique Duhon Freel_____
Angelique Duhon Freel (La. Bar Roll No. 28561)
Assistant Attorney General
Louisiana Department of Justice
Civil Division
P. O. BOX 94005

Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6040
Facsimile: (225) 326-6099
Email: freela@ag.state.la.us

**Counsel for the Defendants, Tangipahoa Parish Board of Election Supervisors and Patricia Hughes, in her capacity as Commissioner for the Tangipahoa Parish Board of Election Supervisors**

## CERTIFICATE OF SERVICE

I do hereby certify that, on this 2nd day of May 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system which gives notice of filing to all counsel of record. I further certify that any non CM/ECF participant will be provided notice by first class United States Mail, properly addressed and postage prepaid.

Johnny Duncan
P.O. Box 723
Amite, LA 70422

Johnny Duncan
309 South Third St.
Amite, LA 70422

/s/ Angelique Duhon Freel
Angelique Duhon Freel