```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**JOHNNY DUNCAN**                                              **CIVIL ACTION**

**VERSUS**                                                     **NO. 15-5486**

**LOUISIANA STATE, ET AL.**                                    **SECTION "B"(1)**

<u>**ORDER AND REASONS**</u>

Before the Court is the Tangipahoa Parish Board of Election Supervisors and Patricia Hughes' "Motion to Dismiss Pursuant to Rule 12(b)(1) and Rule 12(b)(6)." Rec. Doc. 68. The instant motion was set for submission on May 25, 2016. Pursuant to Local Rule 7.5, Plaintiff's memorandum in opposition was due on or before May 17, 2016. No memoranda in opposition have been filed. Further, no party filed a motion to continue the noticed submission date or a motion for extension of time within which to oppose the motion. While *pro se* litigants are provided greater leniency in certain areas, they are still obligated like represented parties to comply with all court orders, rules, and deadlines. Thus, the motion is deemed to be unopposed. It further appearing to the Court that the motion has merit,

**IT IS ORDERED** that the motion is **GRANTED**. All of Plaintiff's claims against the two remaining Defendants in this matter, the Tangipahoa Parish Board of Election Supervisors and Patricia Hughes, are hereby **DISMISSED**.

A motion for reconsideration of this Order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty (30) days of this Order. The motion must be accompanied by opposition memoranda to the original motion. Because such a motion would not have been necessary had timely opposition memoranda been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs and fees conforming to Local Rules 54.2 and 54.3 shall be submitted by all parties desiring to be awarded costs and attorney's fees no later than eight (8) days prior to the noticed submission date of the motion for reconsideration.

New Orleans, Louisiana, this 26th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE