```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


JOHNNY DUNCAN                                      CIVIL ACTION

VERSUS                                             NO. 15-5486

LOUISIANA STATE, ET AL.                            SECTION "B"(1)
```

## JUDGMENT

Considering the Court's Order and Reasons granting the only remaining defendants' motion to dismiss,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of all defendants and against plaintiff, Johnny Duncan, dismissing plaintiff's suit.

New Orleans, Louisiana, this 26th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE